UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERBERT BLAKE, | ) | CASE NO. CV 08-05715 AHS (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MATTHEW KRAMER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 6, 2011

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE