O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HERBERT BLAKE, | ) | CASE NO. CV 08-05715 AHS (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| MATTHEW KRAMER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of HERBERT BLAKE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 6, 2011

ALICEMARIE H. STOTLER
───────────────────────────
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE